IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Jason Bowles,
          PLAINTIFF,

CIVIL ACTION NO. 3:19-cv-0007

Department Stores National Bank,
Citibank, N.A.,
          DEFENDANTS.

## ORDER OF DISMISSAL WITH PREJUDICE

This day came the Plaintiff, Jason Bowles by attorney, Benjamin Sheridan, and Klein & Sheridan, LC, and Defendants Department Stores National Bank and Citibank, N.A. by attorney Danielle Waltz, and hereby stipulate and represent to the Court that all matters in dispute between the parties have been compromised and settled and jointly move the Court to dismiss the above action from the docket of this Court WITH PREJUDICE.

Therefore, it is **ORDERED** and **DECREED** that the above styled civil action is hereby dismissed **WITH PREJUDICE** and stricken from the docket.

ENTERED: 3/29/19

_____
Judge Robert C. Chambers

Prepared by:

/s/Benjamin Sheridan

Benjamin Sheridan (WV Bar No. 11296)
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
(304) 562-7111
bsheridan@kswvlaw.com
*Counsel for Plaintiff*

Agreed to by:

/s/Danielle Waltz (with permission)
Danielle Waltz (WVSB #10271)
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
(304) 340-1000
dwaltz@jacksonkelly.com
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**Jason Bowles,**
          **PLAINTIFF,**

                              **CIVIL ACTION NO. 3:19-cv-0007**

**Department Stores National Bank,**
**Citibank, N.A.,**
          **DEFENDANTS.**

## CERTIFICATE OF SERVICE

      I, Benjamin M. Sheridan, attorney for the Defendant, certify that I served a true copy of the foregoing **"ORDER OF DISMISSAL WITH PREJUDICE"** on the Defendant listed below on this 28th day of March 2019 via *first class mail postage prepaid.*

/s/Danielle Waltz
Danielle Waltz (WVSB #10271)
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
(304) 340-1000
dwaltz@jacksonkelly.com
*Counsel for Defendants*

                                                BY: /s/Benjamin Sheridan
                                                Benjamin Sheridan (WV Bar #11296)
                                                *Counsel for Plaintiffs*
                                                Klein & Sheridan, LC
                                                3566 Teays Valley Rd
                                                Hurricane, WV 25526
                                                (304) 562-7111